UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| LISA MAUREEN RIDENER, <br> DARWIN RIDENER, <br><br> Plaintiffs, <br><br> v. <br><br> INDIANA DEPARTMENT OF CHILD SERVICES, <br> TERRY STIGDON, <br> MICHELLE RUSSELL, <br> KELSEY SMITH, <br> KELSEY BARRETT, <br> WHITNEY MCKAY, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 4:21-cv-00074-KMB-TWP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiffs and in favor of Defendants, such that Plaintiffs shall take nothing by way of their claims in this action.

Date: 8/21/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email